IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA,  )
        Plaintiff,  )
        )
v.  )   CIVIL ACTION NO.
        )   CV 391-029
TERESA MAE JOHNSON,  )
        Defendant.  )

O R D E R

Because the matter contained in Plaintiff's motion for expungement of arrest (doc. no. 14) is moot, the Clerk is directed to **TERMINATE** the motion.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE